SERAFINO MICELI et al., Respondents, *v.* THE ATLAS ASSURANCE COMPANY, LTD., OF LONDON, Appellant.

(Argued April 26, 1929; decided May 28, 1929.)

*J. Sawyer Fitch* for appellant.

*Edward A. Noble* and *William A. Wheeler* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: CARDOZO, Ch. J. Not sitting: HUBBS, J.